222

JOSEPH DE VITO, PETITIONER-RESPONDENT, v. MULLEN'S
ROOFING COMPANY, RESPONDENT-PETITIONER.

See same case below: 72 *N. J. Super.* 233.

*Messrs. Shaw, Pindar, McElroy, Connell & Foley* for the
petitioner.

*Messrs. David & Albert L. Cohn* and *Mr. Richard Lifland*
for the respondent.

April 30, 1962.

IN THE MATTER OF THE ESTATE OF
PETER LEVANDOSKI.

*Mr. Paul C. Kemeny* for the petitioners.

*Mr. Joseph F. Deegan* for the respondent.

April 30, 1962.